IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-66-M-KLD |
| All monies of John Patrick Figueroa Araujo at Wells Fargo Bank, N.A., including all account(s) and any safe deposit box(es), | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of July, 2020

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge